IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL ABSTON                                                                              PLAINTIFF
ADC #103346

V.                            NO. 5:05CV00057 JLH/JWC

JACK LOCK, et al                                                                          DEFENDANTS

## ORDER

Plaintiff has filed a motion pursuant to Fed. R. Civ. P. 45(d)(1) (docket entry #15) requesting the Clerk of the Court to issue a subpoena duces tecum to be served on Arkansas County and the City of DeWitt with service by the United States Marshal, asking for production of any record reflecting the present address, forwarding address, and/or last known address of Defendants Mike Lay and Jack Lock.  The motion (docket entry #15) is GRANTED.

The Clerk of the Court is directed to issue a subpoena duces tecum to be served on Arkansas County and the City of DeWitt with service by the United States Marshal, asking for production of any record reflecting the present address, forwarding address, and/or last known address of Defendants Mike Lay and Jack Lock.

**Due to security and privacy concerns, Arkansas County and/or the City of DeWitt are directed to provide the requested information to the <u>Court only</u>, which in turn will order service under seal if applicable**.

IT IS SO ORDERED this 10th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE