IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL ABSTON                                                      PLAINTIFF

V.                                       NO. 5:05CV00057 JLH

JACK LOCK, et al                                                  DEFENDANTS

<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered

as provided for in Fed. R. Civ. P. 54(b), dismissing Plaintiff's complaint, with prejudice, as

to the claim against separate Defendant Meredith.

Plaintiff's case remains pending against Defendant Lock.

IT IS SO ORDERED this 30th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE