IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL ABSTON                                                                                                   PLAINTIFF

V.                                              NO. 5:05CV00057 JLH

JACK LOCK, et al                                                                                                  DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant Lock's motion to dismiss (docket entry #100) is hereby granted, thereby dismissing Plaintiff's case in its entirety. Any pending motions are denied as moot. Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE