IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL ABSTON                                                                    PLAINTIFF

V.                                          NO. 5:05CV00057 JLH

JACK LOCK, et al                                                                DEFENDANTS

<u>JUDGMENT</u>

In accordance with the Court's order entered this date, and pursuant to orders entered August 31, 2005; September 26, 2005; January 20, 2006; and order and judgment entered August 30, 2006 (<u>see</u> docket entries #28, #39, #59, #97, #98), Plaintiff's case is dismissed in its entirety.  This dismissal is without prejudice as to Defendants Cheek, Arkansas County Jail, Lay and Gorman and with prejudice as to Defendants Meredith and Lock.  Any pending motions are denied as moot.  Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE